# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**Darlene A. D'Arezzo, Olivia M. Howard, and Joelle A. Depeyrot**, individually and on behalf of other similarly situated individuals,
    Plaintiffs

    C.A. No. 15-120M-LDA

v.

**The Providence Center, Inc.**, alias,
    Defendants

    Consolidated with

**Darlene A. D'Arezzo, Stacey L. Salyers and Joseph K. Reardon**, individually and on behalf of other similarly situated individuals,
    Plaintiffs

    C.A. No. 15-121M-LDA

v.

**Family Service of Rhode Island Inc.**, alias,
    Defendants

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment is hereby entered for the Defendants, The Providence Center, Inc., and Family Service of Rhode Island, Inc., against the Plaintiffs, Darlene A. D'Arezzo, Olivia M. Howard, Joelle A. Depeyrot, individually and on behalf of other similarly situated individuals, and Darlene A. D'Arezzo, Stacey L. Salyers and Joseph K. Reardon, individually and on behalf of other similarly situated individuals, pursuant to the Memorandum and Order entered October 30, 2015.**

    **Enter**:

Dated: November 2, 2015

    /s/Vickie McGuire
    **Deputy Clerk**